PER CURIAM.

---

# Spradley v. Alabama Midland Railway Co.

APPEAL from Crenshaw Circuit Court.

Tried before the Hon. JOHN R. TYSON.

GAMBLE & BRICKEN and D. M. POWELL, for appellant.

A. A. WILEY, contra.

This action was brought by Celia R. Spradley as administratrix of the estate of James E. Spradley, deceased, against the Alabama Midland Railway Company, to recover damages for the death of her intestate, which was alleged to have been caused by the negligence of the defendant or of its employés. There were no averments of willfullness, wantonness or recklessness on the part of the detendant's servants. The evidence without conflict showed that the intestate fell upon the track of defendant's railway immediately in front of a car which was being backed towards him, without stopping to look or listen for the approaching train; that had he listened he could have heard its approach, and had he looked he could have seen it; and that the car ran over him and inflicted injuries from which he died. *Held:* That the plaintiff's intestate was guilty of contributory negligence, and the general affirmative charge for defendant was properly given. Judgment affirmed.

Opinion by McCLELLAN, J.